# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KPI BRIDGE OIL, INC., | Case No. 2:16-cv-02884-JCM-NJK |
| Plaintiff(s), | *EX PARTE* ORDER |
| vs. | |
| WILMINGTON TRUST COMPANY, et al., | |
| Defendant(s). | |

Pending before the Court are Plaintiff's *ex parte* motion for maritime attachment and garnishment and *ex parte* motion for an order to appoint a special process server for the maritime attachment and garnishment. Docket Nos. 3, 5. Plaintiff has also filed a proposed order for the Court to issue if it chooses to grant the motion for maritime attachment and garnishment. Docket No. 4.

Plaintiff's *ex parte* motion for maritime attachment and garnishment asks the Court, without supporting authority, to direct the United States Marshal to execute any order for maritime attachment and garnishment. Docket No. 3 at 4. Plaintiff's *ex parte* motion to appoint a special process server, however, states that "there is no need to require that service be effected by a U.S. Marshal," and asks the Court to appoint an employee of Plaintiff's counsel's firm as special process server. Docket No. 5 at 2.

1    Accordingly, the Court hereby **ORDERS** Plaintiff to file, no later than December 22, 2016,
2 a clarification as to the specific relief it seeks, along with supporting authority.  If Plaintiff does
3 indeed request the appointment of a special process server, Plaintiff shall identify a specific
4 individual to be appointed as special process server.
5    IT IS SO ORDERED.
6    DATED: December 21, 2016

                                        _____
                                        NANCY J. KOPPE
                                        United States Magistrate Judge